886 A.2d 1052

IN THE MATTER OF FERNANDO REGOJO, AN ATTORNEY
AT LAW (ATTORNEY NO. 015111981).

December 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–214, concluding that **FERNANDO REGOJO** of **UNION CITY**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client funds, commingling), *RPC* 1.15(b) (failure to deliver client funds promptly), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to retain a certified public account and submit quarterly reconciliations of his attorney accounts to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **FERNANDO REGOJO** is hereby reprimanded; and it is further

ORDERED that respondent shall retain the services of a certified public account approved by the Office of Attorney Ethics and submit quarterly reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.